IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MONICA BORJA, aka<br>　　　Monica Borja-Rubio, aka Monica Rubio<br>　　　　Debtor | :<br>:<br>: | **Chapter 13**<br>Case No.: **19-13024-ref** |

| | | |
|---|---|---|
| MONICA BORJA,<br>　　Movant,<br>　　　v.<br>PARAMOUNT RESIDENTIAL MORTGAGE GROUP,<br>and all Parties listed on the mailing matrix filed<br>with the Clerk,<br>　　Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | Motion to<br>Extend Automatic Stay<br>Hearing: 9:30 am, May 30, 2019<br>Courtroom No. 1, The Madison Bldg.<br>400 Washington Street<br>Reading, PA 19601 |

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

AND NOW, upon consideration of the Motion to Extend Automatic Stay filed by Debtor MONICA BORJA, it is hereby ORDERED that the Motion to Extend Automatic Stay be and is hereby GRANTED. It is further ORDERED that the automatic stay in the above-captioned case is hereby EXTENDED as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

5/30/19

_____
Richard E. Fehling, Bankruptcy Judge