United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-13024-ref
Monica Borja                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa             Page 1 of 2              Date Rcvd: May 30, 2019
                              Form ID: pdf900        Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db              Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA 18072-9518
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14322577       +Barclays Bank DE,    700 Prides Xing,    Newark, DE 19713-6102
14322578       +Barclays Bank Delaware,    PO Box 8803,    Wilmington,DE 19899-8803
14322580       +Cerulean,    PO Box 31292,    Tampa, FL 33631-3292
14322585       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14322586        Geisinger,    100 North Academy Ave,    Danville PA 17822-3941
14322587       +HC Processing Center,    380 Data Drive, Suite 200,    Draper, UT 84020-2361
14322592       +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia PA 19106-1541
14322593       +MABT/ContFin,    121 Continental Dr.,    Suite 108,    Newark, DE 19713-4326
14322597      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met-Ed,      PO Box 16001,    Reading, PA 196122)
14322596       +Met Ed,    101 Crawford's Crn Rd Bldg 1,    Suite 1-511,    Holmdel, NJ 07733-1976
14322598       +Midwest Recovery Systems,    12 Westbury Dr. Ste D,    St Charles, MO 63301-2543
14322599       +NEPA Community FCU,    337 Clay Avenue,    Stroudsburg, PA 18360-1288
14322601       +Paramount Residential Mortgage Group,    c/o Cenlar FSB,    425 Phillips Blvd.,
                 Ewing, NJ 08618-1430
14332194       +Paramount Residential Mortgage Group, Inc.,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14322605       +Six Flags Great Adventure,    PO Box 120,    1 Six Flags Blvd,    Jackson NJ 08527-5369
14322608       +St. Luke's Physicians Group,    P.O. Box 5386,    Bethlehem, PA 18015-0386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2019 02:57:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 31 2019 02:57:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14322579        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 03:03:01      Capital One,
                 PO Box 30281,    Salt Lake City UT 84130-0281
14322581        E-mail/PDF: creditonebknotifications@resurgent.com May 31 2019 03:04:39      Credit One Bank,
                 PO Box 98872,    Las Vegas NV 89193-8872
14322582        E-mail/Text: mrdiscen@discover.com May 31 2019 02:56:59      Discover Bank,
                 Discovery Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
14322583       +E-mail/Text: mrdiscen@discover.com May 31 2019 02:56:59      Discover Financial Servies LLC,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
14322584       +E-mail/Text: bknotices@totalcardinc.com May 31 2019 02:57:32      Emblem Mastercard,
                 PO Box 89210,    Sioux Falls, SD 57109-9210
14322588        E-mail/Text: bankruptcy@hccredit.com May 31 2019 02:58:25      HC Processing Cntr,    PO Box 829,
                 Springdale, AR 72765-0829
14322589        E-mail/Text: cio.bncmail@irs.gov May 31 2019 02:57:02      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadlphia PA 19101-7346
14322590        E-mail/Text: JCAP_BNC_Notices@jcap.com May 31 2019 02:57:40      Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
14322591       +E-mail/Text: BKRMailOPS@weltman.com May 31 2019 02:57:06      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14322595        E-mail/Text: bkr@cardworks.com May 31 2019 02:56:55      Merrick Bank,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14322594       +E-mail/Text: bkr@cardworks.com May 31 2019 02:56:55      Merrick Bank,    10705 S Jordan Gtwy,
                 Suite 200,    South Jordan, UT 84095-3977
14322600       +E-mail/Text: ecfbankruptcy@progleasing.com May 31 2019 02:57:36      NPRTO Texas, LLC,
                 Progressive Leasing,    256 West Data Drive,    Draper, UT 84020-2315
14322604        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:04:37
                 Portfolio Recovery Assoc. LLC,    POB 41067,    Norfolk, VA 23541
14322603        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2019 02:57:16
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
14322607        E-mail/PDF: cbp@onemainfinancial.com May 31 2019 03:04:34      SpringLeaf Financial Services,
                 2959 Rt 611 Suite 105,    Tannersville, PA 18372
14322606        E-mail/PDF: cbp@onemainfinancial.com May 31 2019 03:04:35      SpringLeaf Financial Services,
                 PO Box 59,    Evansville, IN 47701
14322609       +E-mail/Text: BKRMailOps@weltman.com May 31 2019 02:57:35      Weltman Weinberg & Reis,
                 PO Box 93596,    Cleveland OH 44101-5596
                                                                                              TOTAL: 19

```
District/off: 0313-4          User: Lisa               Page 2 of 2              Date Rcvd: May 30, 2019
                              Form ID: pdf900          Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14322602     ##+Penn Credit Corporation,    916 S 14th Street,    Harrisburg PA 17104-3425
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja zac@fisherchristman.com,
               office@fisherchristman.com
              KEVIN G. MCDONALD    on behalf of Creditor   Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MONICA BORJA, aka | : | Chapter 13 |
| Monica Borja-Rubio, aka Monica Rubio | : | Case No.: **19-13024-ref** |
| Debtor | : | |

| | | |
|---|---|---|
| MONICA BORJA, | : | Motion to |
| Movant, | : | Extend Automatic Stay |
| v. | : | Hearing: 9:30 am, May 30, 2019 |
| PARAMOUNT RESIDENTIAL MORTGAGE GROUP, | : | Courtroom No. 1, The Madison Bldg. |
| and all Parties listed on the mailing matrix filed | : | 400 Washington Street |
| with the Clerk, | : | Reading, PA 19601 |
| Respondents. | : | |

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

AND NOW, upon consideration of the Motion to Extend Automatic Stay filed by Debtor **MONICA BORJA**, it is hereby ORDERED that the Motion to Extend Automatic Stay be and is hereby GRANTED. It is further ORDERED that the automatic stay in the above-captioned case is hereby EXTENDED as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

5/30/19

_____
Richard E. Fehling, Bankruptcy Judge