United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-13024-amc
Monica Borja                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Antoinett          Page 1 of 1            Date Rcvd: Jun 20, 2019
                           Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
db        Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA  18072-9518
         +Towne & Country Jeep,    Attn: Gisella Tolentino,    3156 Hempstead TPKE,
          Levittown, NJ 11756-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:
      J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja zac@fisherchristman.com,
       office@fisherchristman.com
      KEVIN G. MCDONALD    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
       bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  MONICA BORJA,** aka | : | **Chapter 13** |
| Monica Borja-Rubio**,** aka Monica Rubio | : | Case No.: **19-13024-amc** |
| Debtor | : | |
| Last four digits of Social Security Number: **7257** | : | |

## WAGE ATTACHMENT ORDER

Upon consideration of the Motion for Wage Attachment of Debtor(s) **MONICA BORJA,** it is hereby ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting this case to a case under Chapter 7 of the Bankruptcy Code, or completion of all payments due in accordance with any pending Chapter 13 Plan, Debtor's employer, **Towne & Country Jeep, Attn: Gisella Tolentino, 3156 Hempstead TPKE, Levittown, NY 11756**, shall deduct from the income of Debtor **$410** from each **weekly** paycheck beginning on the next pay day following the receipt of this Order and through **August 31, 2019**, and then **$550** from each **weekly** paycheck from **September 1, 2019 through December 31, 2024,** including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, and pay the deducted sums to:

**Scott Waterman, Trustee**
**PO Box 680**
**Memphis, TN 38101-0680**

It is further ORDERED that **Towne & Country Jeep place the case number (19-13024) on all payments** to the Trustee. It is further ORDERED that **Towne & Country Jeep** notify the Trustee if Debtor's employment is terminated.

**Date: June 19, 2019**

_____
**ASHELY M. CHAN, BANKRUPTCY JUDGE**