## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Monica Borja aka Monica Rubio-Borja fka Monica Rubio | |
| Debtor | CHAPTER 13 |
| Paramount Residential Mortgage Group, Inc. | |
| Movant | |
| vs. | |
| | NO. 19-13024 AMC |
| Monica Borja aka Monica Rubio-Borja fka Monica Rubio | |
| Respondent | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of of Paramount Residential Mortgage Group, Inc. to Confirmation of Chapter 13 Plan , which was filed with the Court on or about August 6, 2019 (Document No. 24).


Respectfully submitted,


**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322


February 21, 2020