**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** **MONICA BORJA,** aka | : | **Chapter 13** |
| Monica Borja-Rubio, aka Monica Rubio, | : | Case No.: **19-13024-pmm** |
| Debtor(s) | : | |

**ORDER GRANTING**
**MOTION TO TERMINATE WAGE ATTACHMENT**

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Attachment, and the Chapter 13 Trustee having no objection, it is hereby ORDERED that said Motion is hereby GRANTED and the Wage Attachment Order entered on **June 19, 2019**, is hereby terminated. **Town & Country Jeep** is hereby ORDERED to immediately terminate the wage attachment.

**Date: March 23, 2020**

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**

cc:   **Town & Country Jeep**
      **Attn: Gisella Tolentino**
      **3156 Hempstead TPKE**
      **Levittown, NY 11756**