```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-13024-pmm
Monica Borja                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: ChrissyW              Page 1 of 1         Date Rcvd: Mar 25, 2020
                              Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db             #Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA 18072-9518
               +Town and Jeep,    Attn: Gisella Tolentino,    3156 Hempstead TPKE,    Levittown, NY 11756-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja zac@fisherchristman.com,
               office@fisherchristman.com
              KEVIN G. MCDONALD    on behalf of Creditor   Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** **MONICA BORJA,** aka | : | **Chapter 13** |
| Monica Borja-Rubio, aka Monica Rubio, | : | Case No.: **19-13024-pmm** |
| Debtor(s) | : | |

**ORDER GRANTING**
**MOTION TO TERMINATE WAGE ATTACHMENT**

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Attachment, and the Chapter 13 Trustee having no objection, it is hereby ORDERED that said Motion is hereby GRANTED and the Wage Attachment Order entered on **June 19, 2019**, is hereby terminated. **Town & Country Jeep** is hereby ORDERED to immediately terminate the wage attachment.

**Date: March 23, 2020**

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**

cc:   **Town & Country Jeep**
      **Attn: Gisella Tolentino**
      **3156 Hempstead TPKE**
      **Levittown, NY 11756**