IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **MONICA BORJA,** aka | : | **Chapter 13** |
| Monica Borja-Rubio, aka | : | Case No.: **19-13024-pmm** |
| Monica Rubio, | : | |
| Debtor, | : | |

### ORDER GRANTING APPLICATION FOR COMPENSATION

AND NOW, upon consideration of the **Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor(s),** and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the **Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor** is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by Attorneys for Debtor(s) is hereby APPROVED, and Compensation of **$5,000**, and reimbursement of **$0** in expenses is hereby awarded to Attorneys for Debtor as an administrative claim.  It is further ORDERED that the Trustee be and is hereby authorized to distribute **$4,000** to counsel FISHER CHRISTMAN, to the extent permitted by the confirmed Plan. Counsel received $1,000.00 pre-petition.

*/s/ Patricia M. Mayer*

Dated: 4/20/20

**PATRICIA M. MAYER, BANKRUPTCY JUDGE**