```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

In re:                                                                Case No. 19-13024-pmm
Monica Borja                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: ChrissyW          Page 1 of 1            Date Rcvd: Apr 20, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2020.
db             #Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA  18072-9518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2020 at the address(es) listed below:
              J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja zac@fisherchristman.com,
               office@fisherchristman.com
              KEVIN G. MCDONALD    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: MONICA BORJA, aka             :    Chapter 13
       Monica Borja-Rubio, aka       :    Case No.: **19-13024-pmm**
       Monica Rubio,                 :
              Debtor,                :

## ORDER GRANTING APPLICATION FOR COMPENSATION

AND NOW, upon consideration of the **Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor(s),** and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the **Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor** is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by Attorneys for Debtor(s) is hereby APPROVED, and Compensation of **$5,000**, and reimbursement of **$0** in expenses is hereby awarded to Attorneys for Debtor as an administrative claim. It is further ORDERED that the Trustee be and is hereby authorized to distribute **$4,000** to counsel FISHER CHRISTMAN, to the extent permitted by the confirmed Plan. Counsel received $1,000.00 pre-petition.

*/s/ Patricia M. Mayer*

Dated: 4/20/20

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**