| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13024-PMM

MONICA BORJA
913 CONSTITUTION AVENUE
PEN ARGYL  PA   18072-9518

Petition Filed Date: 05/09/2019
341 Hearing Date: 07/23/2019
Confirmation Date: 02/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/26/2019 | $410.00 | 42217 | 07/08/2019 | $410.00 | 42271 | 07/09/2019 | $410.00 | 42326 |
| 07/17/2019 | $410.00 | 42370 | 07/23/2019 | $410.00 | 42423 | 07/30/2019 | $410.00 | 42507 |
| 08/07/2019 | $410.00 | 42573 | 08/13/2019 | $410.00 | 42630 | 08/20/2019 | $410.00 | 42723 |
| 08/27/2019 | $410.00 | 42775 | 09/04/2019 | $410.00 | 42816 | 09/10/2019 | $410.00 | 42878 |
| 09/24/2019 | $510.00 | 42976 | 10/01/2019 | $550.00 | 42936 | 10/01/2019 | $550.00 | 43103 |
| 10/09/2019 | $550.00 | 43185 | 10/16/2019 | $550.00 | 43269 | 10/23/2019 | $550.00 | 43320 |
| 10/29/2019 | $550.00 | 43431 | 11/05/2019 | $550.00 | 43477 | 11/13/2019 | $550.00 | 43528 |
| 11/20/2019 | $550.00 | 43568 | 11/26/2019 | $550.00 | 43646 | 12/04/2019 | $550.00 | 43674 |
| 12/11/2019 | $550.00 | 43739 | 12/26/2019 | $550.00 | 43769 | 12/26/2019 | $550.00 | 43862 |
| 12/31/2019 | $550.00 | 43902 | 01/07/2020 | $550.00 | 43943 | 01/15/2020 | $550.00 | 44003 |
| 01/22/2020 | $550.00 | 44050 | 01/28/2020 | $550.00 | 44152 | 02/04/2020 | $550.00 | 44199 |
| 02/11/2020 | $550.00 | 44257 | 02/19/2020 | $550.00 | 44328 | 02/25/2020 | $550.00 | 44408 |
| 03/03/2020 | $550.00 | 44443 | 03/17/2020 | $1,100.00 | 44553 | 03/24/2020 | $550.00 | 44591 |

**Total Receipts for the Period: $20,280.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $1,835.18 | $0.00 | $1,835.18 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $2,057.58 | $0.00 | $2,057.58 |
| 3 | MET-ED FIRST ENERGY COMPANY »» 003 | Unsecured Creditors | $6,081.23 | $0.00 | $6,081.23 |
| 4 | PA DEPARTMENT OF REVENUE »» 04P | Priority Crediors | $2,072.44 | $1,021.82 | $1,050.62 |
| 5 | PA DEPARTMENT OF REVENUE »» 04S | Secured Creditors | $2,054.40 | $0.00 | $2,054.40 |
| 6 | PA DEPARTMENT OF REVENUE »» 04U | Unsecured Creditors | $477.25 | $0.00 | $477.25 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $409.16 | $0.00 | $409.16 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $1,313.06 | $0.00 | $1,313.06 |
| 9 | HC PROCESSING CENTER »» 007 | Unsecured Creditors | $1,000.33 | $0.00 | $1,000.33 |

**Chapter 13 Case No. 19-13024-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 10 | NPRTO NORTH-EAST LLC<br>»» 008 | Unsecured Creditors | $2,247.21 | $0.00 | $2,247.21 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $272.27 | $0.00 | $272.27 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 10P | Priority Crediors | $27,224.69 | $13,423.23 | $13,801.46 |
| 13 | UNITED STATES TREASURY (IRS)<br>»» 10U | Unsecured Creditors | $46,199.16 | $0.00 | $46,199.16 |
| 14 | NE PA COMMUNITY FEDERAL CREDIT UNION<br>»» 011 | Unsecured Creditors | $563.74 | $0.00 | $563.74 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,754.41 | $0.00 | $1,754.41 |
| 16 | CENLAR FSB<br>»» 013 | Mortgage Arrears | $104,916.12 | $0.00 | $104,916.12 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,280.00 | Current Monthly Payment: | $2,384.00 |
| Paid to Claims: | $18,445.05 | Arrearages: | $12,840.00 |
| Paid to Trustee: | $1,834.95 | Total Plan Base: | $160,850.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.