# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** **MONICA BORJA,** aka | : | **Chapter 13** |
| Monica Borja-Rubio, aka Monica Rubio | : | Case No.: **19-13024-pmm** |
| Debtor | : | |
| Last four digits of Social Security Number: **7257** | : | |

## WAGE ATTACHMENT ORDER

Upon consideration of the Motion for Wage Attachment of Debtor(s) **MONICA BORJA,** it is hereby ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting this case to a case under Chapter 7 of the Bankruptcy Code, or completion of all payments due in accordance with any pending Chapter 13 Plan, Debtor's employer, **Towne & Country Jeep, Attn: Gisella Tolentino, 3156 Hempstead TPKE, Levittown, NY 11756**, shall deduct from the income of Debtor **$475** from each **weekly** paycheck beginning on the next pay day following the receipt of this Order and through **May 15, 2026,** including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, and pay the deducted sums to:

**Scott Waterman, Trustee**
**PO Box 680**
**Memphis, TN 38101-0680**

It is further ORDERED that **Towne & Country Jeep place the case number (19-13024) on all payments** to the Trustee. It is further ORDERED that **Towne & Country Jeep** notify the Trustee if Debtor's employment is terminated.

*Patricia M. Mayer*

**Date: September 8, 2020**    **PATRICIA M. MAYER, BANKRUPTCY JUDGE**