```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-13024-pmm
Monica Borja                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: ChrissyW               Page 1 of 1                  Date Rcvd: Sep 09, 2020
                              Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.
```
db             #Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA 18072-9518
               +Towne & Country Jeep,    Attn: Gisella Tolentino,    3156 Hempstead TPKE,
                 Levittown, NY 11756-1308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
```
              J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja zac@fisherchristman.com,
               office@fisherchristman.com
              KEVIN G. MCDONALD    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                             TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **MONICA BORJA,** aka | : | Chapter 13 |
| Monica Borja-Rubio, aka Monica Rubio | : | Case No.: **19-13024-pmm** |
| Debtor | : | |
| Last four digits of Social Security Number: **7257** | : | |

## WAGE ATTACHMENT ORDER

Upon consideration of the Motion for Wage Attachment of Debtor(s) **MONICA BORJA,** it is hereby ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting this case to a case under Chapter 7 of the Bankruptcy Code, or completion of all payments due in accordance with any pending Chapter 13 Plan, Debtor's employer, **Towne & Country Jeep, Attn: Gisella Tolentino, 3156 Hempstead TPKE, Levittown, NY 11756**, shall deduct from the income of Debtor **$475** from each **weekly** paycheck beginning on the next pay day following the receipt of this Order and through **May 15, 2026,** including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, and pay the deducted sums to:

**Scott Waterman, Trustee**
**PO Box 680**
**Memphis, TN 38101-0680**

It is further ORDERED that **Towne & Country Jeep place the case number (19-13024) on all payments** to the Trustee. It is further ORDERED that **Towne & Country Jeep** notify the Trustee if Debtor's employment is terminated.

**Date: September 8, 2020**

PATRICIA M. MAYER, BANKRUPTCY JUDGE