**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** | **MONICA BORJA,** aka | : | **Chapter:** 13 |
| | Monica Borja-Rubio, aka | : | Case No.: **19-13024-pmm** |
| | Monica Rubio, | : | Motion to Modify Plan |
| | Debtor , | : | **Hearing Date: October 1, 2020, 11:00 a.m.** |
| | | : | 4th Floor Courtroom, The Gateway Building |
| | | : | 201 Penn Street |
| | | : | Reading, PA, 19601 |

**ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN**

AND NOW, upon consideration of Debtor's Motion to Modify Confirmed Plan, Debtor's Second Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtor's Motion to Modify Confirmed Plan is GRANTED.  ~~It is further~~ ~~**ORDERED** that the amendments in the Second Amended Chapter 13 Plan filed in conjunction with Debtor's Motion to Modify Confirmed Plan are hereby APPROVED~~, and Debtor's Second Amended Chapter 13 Plan is hereby ~~ADOPTED as the Confirmed Chapter 13 Plan, as Modified.~~ CONFIRMED.

**Date: October 1, 2020**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**