United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 19-13024-pmm

Monica Borja                                                                                Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: ChrissyW | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Monica Borja, 913 Constitution Avenue, Pen Argyl, PA 18072-9518 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020                          Signature:                /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. ZAC CHRISTMAN | on behalf of Debtor Monica Borja zac@fisherchristman.com  office@fisherchristman.com |
| KEVIN G. MCDONALD | on behalf of Creditor Paramount Residential Mortgage Group  Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Paramount Residential Mortgage Group  Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4                          User: ChrissyW                                Page 2 of 2
Date Rcvd: Sep 30, 2020                       Form ID: pdf900                               Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Monica Borja,                    :         Chapter 13


                    **Debtor**          :         **Bky. No. 19-13024 PMM**

-------------------------------------------------------------------------------

## O R D E R

     **AND NOW**, upon consideration of the Supplemental Application for Compensation

(doc. no. 47) filed by the Debtor's counsel, J. Zac Christman ("the Applicant"), and upon the

Applicant's certification that proper service has been made on all interested parties and upon the

Applicant's certification of no response,

     It is hereby **ORDERED** that:

1.  The Supplemental Application is **GRANTED.**

2.  Compensation is allowed in favor of the Applicant in the amount of <u>$500.00</u> for services

    performed from April 21, 2020 through September 3, 2020. Expenses are allowed in the

    amount of $50.00.

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation

    as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C.

    §503(b) and 11 U.S.C. §330(a)(4)(B).

4.  The compensation may be paid to the Applicant in accordance with the terms of the

    confirmed Plan.

**Date:** September 30, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**