United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13024-pmm |
| Monica Borja | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: ChrissyW | Page 1 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | # Monica Borja, 913 Constitution Avenue, Pen Argyl, PA 18072-9518 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 03, 2020 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. ZAC CHRISTMAN | on behalf of Debtor Monica Borja zac@fisherchristman.com  office@fisherchristman.com |
| KEVIN G. MCDONALD | on behalf of Creditor Paramount Residential Mortgage Group  Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Paramount Residential Mortgage Group  Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4 | User: ChrissyW | Page 2 of 2
Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **MONICA BORJA,** aka | : | Chapter: **13** |
| Monica Borja-Rubio, aka | : | Case No.: **19-13024-pmm** |
| Monica Rubio, | : | Motion to Modify Plan |
| Debtor , | : | **Hearing Date: October 1, 2020, 11:00 a.m.** |
| | : | 4th Floor Courtroom, The Gateway Building |
| | : | 201 Penn Street |
| | : | Reading, PA, 19601 |

### ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

AND NOW, upon consideration of Debtor's Motion to Modify Confirmed Plan, Debtor's Second Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtor's Motion to Modify Confirmed Plan is GRANTED. ~~It is further **ORDERED** that the amendments in the Second Amended Chapter 13 Plan filed in conjunction with Debtor's Motion to Modify Confirmed Plan are hereby APPROVED~~, and Debtor's Second Amended Chapter 13 Plan is hereby ~~ADOPTED as the Confirmed Chapter 13 Plan, as Modified.~~ CONFIRMED.

**Date: October 1, 2020**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**