**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **MONICA BORJA,** aka | : | **Chapter:**    **13** |
| Monica Borja-Rubio**,** aka | : | Case No.: **19-13024-pmm** |
| Monica Rubio, | : | Application for |
| Debtor, | : | Compensation & Expenses |

**ORDER GRANTING**

**SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTOR**
**FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**

AND NOW, upon consideration of the Second Supplemental Application for Compensation

and Reimbursement of Expenses of Attorneys for Debtor for Services Performed after Confirmation of

Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that

the Second Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys

for Debtor for Services Performed after Confirmation of Chapter 13 Plan is GRANTED.  It is further

**ORDERED** that Compensation and Reimbursement requested by Attorneys for Debtors hereby

APPROVED, and Compensation of **$ 800** for post-confirmation services may be paid to counsel by the

Trustee in accordance with the terms of the confirmed Plan.

Dated: 2/4/21

_Patricia M. Mayer_

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**