United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-13024-pmm
Monica Borja | Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | # Monica Borja, 913 Constitution Avenue, Pen Argyl, PA 18072-9518 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. ZAC CHRISTMAN | on behalf of Debtor Monica Borja zac@fisherchristman.com office@fisherchristman.com |
| KEVIN G. MCDONALD | on behalf of Creditor Paramount Residential Mortgage Group Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Paramount Residential Mortgage Group Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Feb 04, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **MONICA BORJA,** aka | : | Chapter:    13 |
| Monica Borja-Rubio, aka | : | Case No.: **19-13024-pmm** |
| Monica Rubio, | : | Application for |
| Debtor, | : | Compensation & Expenses |

## ORDER GRANTING

### SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTOR FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN

AND NOW, upon consideration of the Second Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor for Services Performed after Confirmation of Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Second Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor for Services Performed after Confirmation of Chapter 13 Plan is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by Attorneys for Debtors hereby APPROVED, and Compensation of **$ 800** for post-confirmation services may be paid to counsel by the Trustee in accordance with the terms of the confirmed Plan.

Dated: 2/4/21

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**