## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** **MONICA BORJA,** aka | : | **Chapter:**     **13** |
| Monica Borja-Rubio**,** aka | : | Case No.: **19-13024-pmm** |
| Monica Rubio, | : | Motion to Modify Plan |
| Debtor**,** | : | **Hearing Date: February 11, 2021, 10 a.m.** |
| | : | 4th Floor Courtroom, The Gateway Building |
| | : | 201 Penn Street |
| | : | Reading, PA, 19601 |

### ORDER GRANTING SECOND MOTION TO MODIFY CONFIRMED PLAN

AND NOW, upon consideration of Debtor's Second Motion to Modify Confirmed Plan,

Fourth Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby

**ORDERED** that the Second Motion to Modify Confirmed Plan is GRANTED; and it is further

**ORDERED** that the Fourth Amended Chapter 13 Plan  filed on February 11, 2021 (doc. 77) is

**CONFIRMED**.

**Date: February 11, 2021**

_Patricia M. Mayer_

_____

**PATRICIA M. MAYER, BANKRUPTCY JUDGE**