| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-13024-PMM

MONICA BORJA
913 CONSTITUTION AVENUE
PEN ARGYL  PA    18072-9518

Petition Filed Date: 05/09/2019
341 Hearing Date: 07/23/2019
Confirmation Date: 02/27/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $550.00 | 43943 | 01/15/2020 | $550.00 | 44003 | 01/22/2020 | $550.00 | 44050 |
| 01/28/2020 | $550.00 | 44152 | 02/04/2020 | $550.00 | 44199 | 02/11/2020 | $550.00 | 44257 |
| 02/19/2020 | $550.00 | 44328 | 02/25/2020 | $550.00 | 44408 | 03/03/2020 | $550.00 | 44443 |
| 03/17/2020 | $1,100.00 | 44553 | 03/24/2020 | $550.00 | 44591 | 09/22/2020 | $475.00 | 45626 |
| 09/23/2020 | $475.00 | 45697 | 10/05/2020 | $475.00 | 45747 | 10/06/2020 | $475.00 | 45782 |
| 10/14/2020 | $475.00 | 45820 | 10/20/2020 | $475.00 | 45871 | 11/03/2020 | $475.00 | 45921 |
| 11/09/2020 | $475.00 | 45951 | 11/10/2020 | $475.00 | 45996 | 11/20/2020 | $475.00 | 46051 |
| 11/30/2020 | $475.00 | 46094 | 12/04/2020 | $475.00 | 46127 | 12/11/2020 | $65.63 | 46187 |
| 12/18/2020 | $409.37 | 46249 | 12/18/2020 | $475.00 | 46250 | 01/05/2021 | $475.00 | 46302 |
| 01/05/2021 | $66.65 | 46320 | 01/14/2021 | $193.31 | 46342 | 01/21/2021 | $155.00 | 46461 |
| 01/27/2021 | $475.00 | 46480 | 01/27/2021 | $475.00 | 46479 | 01/28/2021 | ($155.00) | 46461 |
| 02/05/2021 | $475.00 | 46519 | 02/17/2021 | $475.00 | 46580 | 02/23/2021 | $475.00 | 46647 |
| 03/03/2021 | $475.00 | 46696 | 03/04/2021 | $475.00 | 46738 | 03/12/2021 | $475.00 | 46780 |
| 03/17/2021 | $475.00 | 46830 | 03/24/2021 | $475.00 | 46904 | 03/31/2021 | $475.00 | 46940 |
| 04/13/2021 | $475.00 | 46998 | 04/14/2021 | $475.00 | 47026 | 04/20/2021 | $475.00 | 47100 |
| 05/04/2021 | $89.00 | 47186 | 05/11/2021 | $475.00 | 47393 | 05/18/2021 | $475.00 | 47460 |
| 05/27/2021 | $475.00 | TOWN COUN | 06/02/2021 | $475.00 | 47630 | | | |

**Total Receipts for the Period: $22,623.96    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $36,303.96**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Crediors | $1,835.18 | $0.00 | $1,835.18 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Crediors | $2,057.58 | $0.00 | $2,057.58 |
| 3 | MET-ED FIRST ENERGY COMPANY<br>»» 003 | Unsecured Crediors | $6,081.23 | $0.00 | $6,081.23 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $2,072.44 | $1,913.78 | $158.66 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04S | Secured Crediors | $2,054.40 | $0.00 | $2,054.40 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Crediors | $477.25 | $0.00 | $477.25 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Crediors | $409.16 | $0.00 | $409.16 |

**Chapter 13 Case No. 19-13024-PMM**

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $1,313.06 | $0.00 | $1,313.06 |
| 9 | HC PROCESSING CENTER »» 007 | Unsecured Creditors | $1,000.33 | $0.00 | $1,000.33 |
| 10 | NPRTO NORTH-EAST LLC »» 008 | Unsecured Creditors | $2,247.21 | $0.00 | $2,247.21 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $272.27 | $0.00 | $272.27 |
| 12 | UNITED STATES TREASURY (IRS) »» 10P | Priority Crediors | $27,224.69 | $25,140.38 | $2,084.31 |
| 13 | UNITED STATES TREASURY (IRS) »» 10U | Unsecured Creditors | $46,199.16 | $0.00 | $46,199.16 |
| 14 | NE PA COMMUNITY FEDERAL CREDIT UNION »» 011 | Unsecured Creditors | $563.74 | $0.00 | $563.74 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $1,754.41 | $0.00 | $1,754.41 |
| 16 | CENLAR FSB »» 013 | Mortgage Arrears | $103,581.50 | $0.00 | $103,581.50 |
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $550.00 | $550.00 | $0.00 |
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 17 | CENLAR FSB »» 13p | Secured Creditors | $35,890.01 | $0.00 | $35,890.01 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,303.96 | Current Monthly Payment: | $2,617.00 |
| Paid to Claims: | $32,404.16 | Arrearages: | $5,395.04 |
| Paid to Trustee: | $3,044.80 | Total Plan Base: | $196,102.00 |
| Funds on Hand: | $855.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.