**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Monica Borja aka Monica Rubio-Borja fka Monica Rubio<br><br>　　　　　　　　　　Debtor(s)<br><br>Paramount Residential Mortgage Group, Inc.<br>　　　　　　v.<br>Monica Borja aka Monica Rubio-Borja fka Monica Rubio<br>　　　　　　and<br>Scott Waterman<br>　　　　　　　　　Trustee | Chapter 13<br><br><br><br>NO. 19-13024 PMM |

## ORDER

　　　　AND NOW, this  21st  day of  June  , 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 29, 2020  it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Paramount Residential Mortgage Group, Inc. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 913 Constitution Avenue Pen Argyl, PA 18072.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Monica Borja aka Monica Rubio-Borja fka Monica Rubio
913 Constitution Avenue
Pen Argyl, PA 18072-9518

Scott Waterman (Via ECF)
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

J. Zac Christman Esq. (Via ECF)
Fisher Christman
530 Main Street
Stroudsburg, PA 18360

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532