IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** **MONICA BORJA,** aka | : | **Chapter 13** |
| Monica Borja-Rubio**,** aka Monica Rubio, | : | Case No.: **19-13024-pmm** |
| Debtor(s) | : | |

### ORDER GRANTING
### MOTION TO TERMINATE WAGE ATTACHMENT

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Attachment, it is hereby ORDERED and that said Motion is hereby GRANTED and the Wage Attachment Order entered on **September 8, 2020**, is hereby terminated.  **Town & Country Jeep** is hereby ORDERED to immediately terminate the wage attachment.

**Date: October 14, 2021**

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**

cc:   **Town & Country Jeep**
      **Attn: Gisella Tolentino**
      **3156 Hempstead TPKE**
      **Levittown, NY 11756**