United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13024-pmm

Monica Borja     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Dec 02, 2021     Form ID: pdf900     Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Monica Borja, 913 Constitution Avenue, Pen Argyl, PA 18072-9518 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14322577 | + | Barclays Bank DE, 700 Prides Xing, Newark, DE 19713-6109 |
| 14322578 | + | Barclays Bank Delaware, PO Box 8803, Wilmington,DE 19899-8803 |
| 14322580 | + | Cerulean, PO Box 31292, Tampa, FL 33631-3292 |
| 14322585 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14322586 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 14322592 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14322593 | + | MABT/ContFin, 121 Continental Dr., Suite 108, Newark, DE 19713-4326 |
| 14322597 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 196122 |
| 14338363 | + | Met Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14322596 | + | Met Ed, 101 Crawford's Crn Rd Bldg 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14322598 | + | Midwest Recovery Systems, 12 Westbury Dr. Ste D, St Charles, MO 63301-2543 |
| 14322601 | + | Paramount Residential Mortgage Group, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14332194 | + | Paramount Residential Mortgage Group, Inc., KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14322605 | #+ | Six Flags Great Adventure, PO Box 120, 1 Six Flags Blvd, Jackson NJ 08527-5369 |
| 14322608 | + | St. Luke's Physicians Group, P.O. Box 5386, Bethlehem, PA 18015-0386 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 02 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14322577 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 02 2021 23:23:00 | Barclays Bank DE, 700 Prides Xing, Newark, DE 19713-6109 |
| 14322578 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 02 2021 23:23:00 | Barclays Bank Delaware, PO Box 8803, Wilmington,DE 19899-8803 |
| 14322579 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:38:56 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 14322581 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2021 23:39:18 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14322582 | | Email/Text: mrdiscen@discover.com | Dec 02 2021 23:23:00 | Discover Bank, Discovery Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14337464 | | Email/Text: mrdiscen@discover.com | Dec 02 2021 23:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14322583 | + | Email/Text: mrdiscen@discover.com | Dec 02 2021 23:23:00 | Discover Financial Servies LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14322584 | + | Email/Text: bknotices@totalcardinc.com | Dec 02 2021 23:23:00 | Emblem Mastercard, PO Box 89210, Sioux Falls, SD 57109-9210 |
| 14322585 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 02 2021 23:38:58 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14322588 | | Email/Text: bankruptcy@hccredit.com | Dec 02 2021 23:23:00 | HC Processing Cntr, PO Box 829, Springdale, AR 72765-0829 |
| 14446998 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2021 23:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadlphia PA 19101-7317 |
| 14322590 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2021 23:23:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14348157 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2021 23:23:00 | Jefferson Capital Systems LLC, Po Box772813, Chicago IL 60677-2813 |
| 14322591 | + | Email/Text: BKRMailOPS@weltman.com | Dec 02 2021 23:23:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14322594 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2021 23:39:16 | Merrick Bank, 10705 S Jordan Gtwy, Suite 200, South Jordan, UT 84095-3977 |
| 14322595 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2021 23:39:16 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14322599 | + | Email/Text: jbenner@nepafcu.org | Dec 02 2021 23:23:00 | NE PA Community Federal Credit Union, 337 Clay Avenue, Stroudsburg, PA 18360-1288 |
| 14346286 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 02 2021 23:23:00 | NPRTO Texas, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14322600 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 02 2021 23:23:00 | NPRTO Texas, LLC, Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 14322604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 23:39:29 | Portfolio Recovery Assoc. LLC, POB 41067, Norfolk, VA 23541 |
| 14359525 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 23:39:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14322603 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2021 23:23:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14340307 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14345930 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2021 23:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14322607 | | Email/PDF: cbp@onemainfinancial.com | Dec 02 2021 23:39:14 | SpringLeaf Financial Services, 2959 Rt 611 Suite 105, Tannersville, PA 18372 |
| 14322606 | | Email/PDF: cbp@onemainfinancial.com | Dec 02 2021 23:39:14 | SpringLeaf Financial Services, PO Box 59, Evansville, IN 47701 |
| 14322587 | | Email/Text: bankruptcynotices@vivecard.com | Dec 02 2021 23:23:00 | HC Processing Center, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 14347089 | | Email/Text: bankruptcynotices@vivecard.com | Dec 02 2021 23:23:00 | HC Processing Center, PO BOX 268808, Oklahoma City OK 73126 |

| 14322609 | + Email/Text: BKRMailOps@weltman.com | Dec 02 2021 23:23:00 | Weltman Weinberg & Reis, PO Box 93596, Cleveland OH 44101-5596 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14322589 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 14347184 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14359580 | *+ | Paramount Residential Mortgage Group, Inc., c/o CENLAR FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14322602 | ##+ | Penn Credit Corporation, 916 S 14th Street, Harrisburg PA 17104-3425 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. ZAC CHRISTMAN | on behalf of Debtor Monica Borja zac@fisherchristman.com office@fisherchristman.com |
| KEVIN G. MCDONALD | on behalf of Creditor Paramount Residential Mortgage Group  Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Paramount Residential Mortgage Group  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MONICA BORJA<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 19-13024-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 2, 2021**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE